## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

### IN FORMA PAUPERIS APPLICATION
### AND FINANCIAL AFFIDAVIT

_____.

Plaintiff

Case Number: _____

v.

Judge: _____

_____.

Defendant(s).

**Instructions:** This application must be updated at least annually. Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

Application: I, _____Kinyata McFee_____, declare that I am the ☑ plaintiff ☐ petitioner ☐ movant ☐ (other_____) in the above-entitled case. This affidavit constitutes my application to proceed ☐ without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. I understand that the judge can grant my application, deny my application, or require that I pay a partial filing fee. In support of my application, I answer the following questions under penalty of perjury.

| | | | |
|---|---|---|---|
| 1. | Are you currently incarcerated? | ☐ Yes | ☑ No |
| | | | (If "No" go to question 2.) |

ID #:_____    Name of prison or jail: _____

Do you receive any payment from the institution?    ☐ Yes    ☐ No

Monthly amount: _____

| | | | |
|---|---|---|---|
| 2. | Are you currently employed? | ☐ Yes | ☑ No |

    A.    If the answer is "yes," state your:

        _Monthly_ salary or wages:_____

        Name and address of employer: _____

Case: 1:18-cv-08557 Document #: 1 Filed: 01/01/19 Page 1 of 4 PageID #:1

6. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☐ Yes  ☑ No

Property:_____Current value: _____

In whose name held:_____Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc.  ☐ Yes  ☑ No

Type of property and address: _____

Current value:_____Equity:_____(Equity is the difference between what the property is worth and the amount you owe on it.)

In whose name held:_____Relationship to you: _____

Amount of monthly mortgage or loan payments: _____

Name of person making payments: _____

8. Do you or anyone else living at the same residence own any automobiles with a current market value of more than $1000?  ☐ Yes  ☑ No

Year, make and model: _____

Current value:_____Equity:_____(Equity is the difference between what the automobile is worth and the amount you owe on it.)

Amount of monthly loan payments: _____

In whose name held:_____Relationship to you: _____

Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?  ☐ Yes  ☑ No

Property:_____

Current value:_____Equity:_____(Equity is the difference between what the property is worth and the amount you owe on it.)

Amount of monthly loan payments: _____

In whose name held:_____Relationship to you: _____

Name of person making payments: _____

10. List the persons who live with you who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☐ None.

Diamond Scott - Daughter  Demarion Scott - Son

Deltzia Scott - Daughter   Full responsible for all kids

Case: 1:18-cv-08557 Document #: 1 Filed: 01/01/19 Page 2 of 4 PageID #:2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Spouse's Monthly* salary or wages:_____

Name and address of employer: _____

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), have you or anyone else living at the same residence received more than $200 in the past twelve months from any of the following sources? Place a ✓ next to "Yes" or "No" in each of the categories A through G , check all boxes that apply in each category, and fill in the twelve-month total in each category.

A. ☐ Salary or ☑ wages         ☑ Yes     ☐ No
Total received in the last 12 months: *3,000*
Received by: *Paramount Staffing*

B. ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes     ☑ No
Total received in the last 12 months: _____
Received by: _____

C. ☐ Rental income, ☐ interest or ☐ dividends      ☐ Yes     ☑ No
Total received in the last 12 months: _____
Received by: _____

D. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life    ☐ Yes     ☑ No
insurance, ☐ disability, ☐ workers' compensation,
☐ alimony or maintenance or ☐ Settlement/Judgment or ☐ child support
Total received in the last 12 months: _____
Received by: _____

E. ☐ Gifts or ☐ inheritances          ☐ Yes     ☑ No
Total received in the last 12 months: _____
Received by: _____

F. ☐ Unemployment, ☑ welfare, or ☐ any other public    ☑ Yes     ☐ No
assistance
Total received in the last 12 months: *7,680*
Received by: *Snap food stamps*

G. ☐ Any other sources (describe source:_____) ☐ Yes     ☑ No
Total received in the last 12 months: _____
Received by: _____

5. Do you or anyone else living at the same residence have more    ☐ Yes     ☑ No

**I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.**

Date: _12-20-2018_                _Kenyata McKee_
                                          Signature of Applicant

_Kenyata McKee_
          (Print Name)

---

**NOTICE TO PRISONERS**: In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
#### (Incarcerated applicants only)
#### (To be completed by the institution of incarceration)

I certify that the applicant named herein,_____, I.D.#_____, has the sum of $_____on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____. (Add all deposits from all sources and then divide by number of months).

_____                _____
Date                                                              Signature of Authorized Officer

_____
(Print Name)